**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 23, 2015

**VIA ECF**

The Honorable Thomas P. Griesa
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/2015

Re:   *United States* v. *Abdullah Deiban et al.*, 15 Cr. 554 (TPG)

Dear Judge Griesa:

Due to scheduling issues and a religious holiday, defense counsel in the above-captioned case have requested a brief adjournment of the arraignments and initial conference scheduled in the above-captioned case, currently set for Thursday, September 24, 2015, at 4:00 p.m. The Government consents to this request. The parties respectfully request that the arraignments and initial conference be rescheduled for ~~Wednesday, September 30, 2015,~~ which we understand is available in the Court's schedule.

*[Handwritten: Tuesday, Sept. 29, 2015 at 2:30 p.m.*
*So Ordered. /s/ Thomas P. Griesa*
*Hon. Thomas P. Griesa USDJ*
*9-23-2015]*

Respectfully submitted,

PREET BHARARA
United States Attorney

By:   /s/ *Alex Rossmiller*
Alex Rossmiller
Assistant United States Attorney
Tel.: (212) 637-2415

Cc:   Jeffrey Galperin, Esq. (via Email)
       Thomas Dunn, Esq. (via Email)
       Susan Marcus, Esq. (via Email)
       John Burke, Esq. (via Email)
       Dawn Cardi, Esq. (via Email)
       Lawrence Dubin, Esq. (via Email)
       Lauriano Guzman, Esq. (via Email)
       Robert Osuna, Esq. (via Email)